FILED
CLERK, U.S. DISTRICT COURT
JAN 25 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

ANTHONY WAYNE OLIVER,

    Plaintiff,

vs.

J.P. FIELDS, et al.,

    Defendants.

Case No. CV 07-4306-MMM (JWJ)

**MEMORANDUM AND ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF CIVIL RIGHTS COMPLAINT**

On July 11, 2007, plaintiff Anthony Wayne Oliver, a state prisoner proceeding pro se, filed in this Court a "Civil Rights Complaint Pursuant to 42 U.S.C. § 1983." On July 13, 2007, this Court ordered plaintiff to serve the summons and complaint. On December 3, 2007, plaintiff filed a Notice of Motion and Motion to Transfer This Case to State Court. While Title 28 U.S.C. § 1441(c) contemplates a federal court's remand "of all matters in which state law predominates" after a matter has previously been removed from state to federal court, section 1441 does not provide for removal of claims from federal to state court.

Thus, plaintiff's Motion to Transfer This Case to State Court is construed as a Motion for Voluntary Dismissal of the Complaint.

As such, plaintiff's motion is **GRANTED**.

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's Motion for Voluntary Dismissal of the Complaint is **granted** and the Complaint is **dismissed without prejudice**.

DATED: January 24, 2008

_____
MARGARET M. MORROW
United States District Judge

Presented by:

DATED: January 17, 2008

_____
JEFFREY W. JOHNSON
United States Magistrate Judge